CHAD A. READLER
Acting Assistant Attorney General
MICHAEL D. GRANSTON
COLIN HUNTLEY
LAURA HILL
United States Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, District of Columbia 20004
Ph: (202) 514-7900
Laura.E.Hill@usdoj.gov

SHAWN N. ANDERSON
Acting United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
United States Attorney's Office, District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Ph: (671) 472-7332
Mikel.Schwab@usdoj.gov

*Attorneys for the United States of America*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, PRAGATHI GOGINENI and RAVINDRA GOGINENI, <br><br> Plaintiffs, <br><br> v. <br><br> FARGO PACIFIC INC., EDWARD L. MCCONNELL, and JAY S.H. PARK, <br><br> Defendants. | CIVIL CASE NO. 17-00096 <br><br><br> **ORDER** |

Upon consideration of the United States' Notice of Initial 60-Day Time Period for

Determining Whether to Intervene,

**IT IS HEREBY ORDERED** that the United States shall have until January 22, 2018, to elect to intervene and proceed in this action; and

**IT IS FURTHER ORDERED** that the case shall remain under seal up to and including January 22, 2018, unless extended by the court for good cause shown.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Dec 18, 2017**