SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. WESSLING
Assistant U.S. Attorneys
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Phone: (671) 472-7332
Fax: (671) 472-7215

*Attorneys for the United States of America*

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, *ex rel.*, PRAGATHI GOGINENI and RAVINDRA GOGINENI, Plaintiffs, vs. FARGO PACIFIC INC., EDWARD L. MCCONNELL, and JAY S.H. PARK, Defendants. | CIVIL CASE NO. 17-00096 **ORDER** Granting Unopposed Motion to Vacate Scheduling Conference |
|---|---|

Based on the United States' Unopposed Motion to Vacate the Scheduling Conference and for good cause shown, the court hereby grants the motion and vacates the Scheduling Conference set for January 9, 2018. The Scheduling Conference will be re-calendared once this case is unsealed.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
 **U.S. Magistrate Judge**
**Dated: Jan 09, 2018**