# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PRAGATHI GOGINENI, and RAVINDRA GOGINENI | CIVIL CASE NO. 17-00096 |
| Plaintiffs, | ORDER |
| vs. | |
| FARGO PACIFIC INC., JAY S.H. PARK, EDGAR L. McCONNELL, | |
| Defendants. | |

In light of the multiple pending dispositive motions in this case, (*see* ECF Nos. 88, 91, 94), the court hereby **VACATES** the Fourth Amended Scheduling and Planning Order (ECF No. 79) as to the dates for trial briefs to be due (March 11, 2022), trial documents to be due (March 29, 2022), final pretrial conference (April 5, 2022), and jury trial (April 12, 2022). The court awaits the report and recommendations from the Magistrate Judge for the dispositive motions, and will subsequently set these matters for hearing if necessary. The Sixth Preliminary Pretrial Conference shall go forward as scheduled on March 17, 2022 before the Magistrate Judge.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Mar 11, 2022**