# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PRAGATHI GOGINENI, and RAVINDRA GOGINENI,<br><br>Plaintiffs,<br><br>vs.<br><br>FARGO PACIFIC INC., JAY S.H. PARK, EDGAR L. McCONNELL,<br><br>Defendants. | CIVIL CASE NO. 17-00096<br><br>**ORDER RE: REFERRAL** |

Presently before the court is Defendant McConnell's Motion for Summary Judgment (ECF No. 88), Relator Ravindra Gogineni's Motion for Summary Judgment Re: Applicability of the Presumed Loss Rule, 15 U.S.C. § 632(W) (ECF No. 91), and Defendants Fargo Pacific and Park's Motion for Summary Judgment (ECF No. 94). Pursuant to 28 U.S.C. § 636(b)(1)(B), said motions are hereby referred to Magistrate Judge Michael J. Bordallo to determine and to issue his report and recommendation to the court as to the appropriate dispositions.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Mar 11, 2022**